# Forensic Building Science, Inc.
657 Lincoln Avenue
St. Paul, MN 55105
T: 651.222.6509
www.forensicbuildingscience.com

**Date:**        January 5, 2018

**Client:**        Howarth Group

**Property:**        Kevin MacIsaac
1930 Backhome Lane,
Sevierville, TN  37876

Dear Mr. Howarth:

This letter will serve as an interpretation with recommendations from our particulate matter sampling at the above referenced property. Air sampling and tape lift sampling was performed by Forensic Building Science (FBS) on November 29, 2017 in response to a recent forest fire.

## I.        Summary of Opinions

Based on the site inspection and documentation of the damages conducted by FBS, including review of the results of our soot sampling I have concluded that the property in question located at 1930 Backhome Lane, Sevierville, TN 37876 has been damaged by the wild fire through the deposition of soot and ash throughout the window assemblies, interior partition walls, light fixtures and ducting. Based on the sample results, and the type of construction in the building, it is my opinion that the forest fire caused damage to the building through the deposition of carcinogenic soot into hidden wall, ceiling and floor cavities. This soot is still viable in the ambient air as evidenced by our sampling results.

## II.        Sampling Results

N.G. Carlson Analytical, Inc.
216 16th Ave. S.W.
New Brighton, MN 55112                                        December 12, 2017

RE:    Kevin, MacIsaac 1930 Backhome Ln, Servierville, TN  37876

1

MacIsaac, Kevin

**Air-o-cell cassette samples (November 29, 2017)**

| Location (description from chain of custody) | Trace density | Primary Particles | Notes |
|---|---|---|---|
| 2 – Kitchen, dropped ceiling interior air (30 liters) | Light Trace | Char [<0.5] <br><br> Soot [<0.5] | |
| 5 – Main Room, interior wall (30 liters) | Light Trace | Char [<0.5] <br><br> No Soot | |
| 6 – Bedroom main floor, closet dropped ceiling cavity (30 liters) | Heavy Trace | Char [1] <br><br> No Soot | |
| 9 – Upstairs loft, inside vent ducting (30 liters) | Moderate Trace | Char [4] <br><br> No Soot | |
| 13 – Basement, exterior wall (LE) (30 liters) | Light Trace | Char [<1] <br><br> No Soot | |
| 15 – Basement bathroom interior wall (30 liters) | Light Trace | Char [<0.5] <br><br> No Soot | |
| **16 – Basement furnace room CMU chaseway (30 liters)** | **Heavy trace** | **Char [35-50]** <br><br> **No Soot** | |

**Tease tape samples (November 29, 2017)**

| Location (description from chain of custody) | Trace density notes | Primary Particles | Notes |
|---|---|---|---|
| 1a – Tape Lift, Laundry Room, top of window frame | | Char [3-4]<br>Soot [<0.5] | |
| 3a – Tape Lift, Living room, ventilation chamber (inside) | | Char [5-10]<br>Soot [<0.5] | |
| 4a – Tape Lift, wood framing below window | | Char [6-10]<br>Soot [<0.5] | |
| 7a – Tape Lift, Bedroom main floor window sill | | Char [1-3]<br>No Soot | |
| 8a – Tape Lift, Ceiling fan, inside vent | | Char [5-6]<br>No Soot | |
| **10a – Tape Lift, Upstairs loft, window sill (FE)** | | **Char [50+]**<br>**No soot** | |
| 11a – Tape lift, Upstairs bedroom, ceiling high beam | | Char [3-5]<br>Soot [<1] | |

MacIsaac, Kevin

| | | | |
|---|---|---|---|
| 12a – Tape lift, Upstairs bedroom, wall (BE) | | Char [<1] No soot | |
| **14a – Tape lift, Basement family room door trim** | | **Char [5-15] patches** **Soot [1] atypical** | *Cladosporium spp.* *Aspergillus spp.* |
| **17a – Tape lift, Main floor living room wood burning stove** | | **Char [5-10]** **Soot [50+]** | |

**Char and soot-like particle interpretation:**

Less than 0.5 particles per field (400x) - negligible impact of smoke
0.5 and 2.0 particles per field (400x) - limited impact of smoke
2.0 and 10 particles per field (400x) - moderate impact of smoke
10 - 50 particles per field (400x) - Significant impact of smoke
> 50 particles per field TNTC - Major impact of smoke
* Several large clusters of soot-like particles noted

**Methods:**

The Air-o-cell Cassette traces were identified under light microscopy viewed at 100x, 200x and 400x. Lacto fuchsin stain in 85% lactic acid was used to aid in identification.

No chemical identification was conducted on the soot-like, char-like particles, and carbon black-like particles. Presumptive identification was based on particle morphology.

**Discussion:**

Soot levels varied from not noted to major on the tease tape samples.
Char levels varied from limited to major on the tease tape samples.

Char levels varied from negligible to significant on the air samples.
Soot levels varied from not noted to negligible on the air samples.

Sincerely,

Neil G. Carlson, C.I.H.
N.G. Carlson Analytical, INC.

4

MacIsaac, Kevin

## III.    Sampling Discussion

Typically, in post fire remediation strategies recommended by fire restoration companies and insurance companies, walls, ceilings and floors that do not show signs of actual fire damage [e.g. char, physically burned materials] are left in place and either surfaced cleaned or repainted. Post remediation complaints from building occupants often include descriptions of a "lingering smoke smell" months and years later, particularly when large variations in temperature and humidity occur. Soot left in these cavities is "recharged" by this increase in water vapor drive from the humidity causing the smell to present.

FBS collected a total of 17 interior samples at the MacIsaac residence. The primary purpose of the sample collection was to determine whether or not smoke soot consistent with the reported fire event is in the ceiling, wall, floor and ducting cavities, wire chase ways and other open bypass areas and assist in developing recommendations for repairs.

All the air samples were collected with an air sampling pump calibrated to run at a volume of 15 liters per minute. The sample duration varied by location. The air samples were collected with Air-O-Cell sampling cassettes.

Ambient air samples are collected for a five-minute sample period to use for comparison purposes, however none were taken for this site inspection. Tape lifts were collected from visible surfaces where no sign of soot was viewed.

The sample locations were chosen based on my training, education and experience and the site-specific inspections and similar projects with similar failure mechanisms. All the samples were collected and entered in to a sample chain of custody. After the sampling was completed, the samples were delivered to Neil Carlson, CIH, of NG Carlson Analytical. The analysis of the results is included in the report from him.

In addition to the sample chain of custody, the locations of all the samples were written down in a site log book so that the information can be more easily viewed.


## IV.    Description of Soot

Definition of Soot:
***Soot is a general term that refers to the black, impure carbon particles resulting from the incomplete combustion of a hydrocarbon. It is more properly restricted to the product of the gas-phase combustion process but is commonly extended to include the residual pyrolyzed fuel particles such as*** cenosphere***s, charred wood, petroleum coke, etc. that may become airborne during pyrolysis and which are more properly identified as cokes or chars. The gas-phase soots contain polycyclic aromatic hydrocarbons (PAHs). The PAHs in soot are known mutagens and probable human carcinogens. Soot is in the general category of airborne*** particulate matter***, and as such is considered hazardous to the lungs and general health. Soot is classified as a "Known Human Carcinogen" by the International Agency for Research on Cancer (IARC).***[i]

MacIsaac, Kevin

## V. Conclusions

Soot and/or Char was found in concentrations of 1.0 particles per field or greater in 11 of the 17 locations sampled [65% of the samples taken]. Of the 17 samples all that had soot/char, samples #10, 14, and 16 had higher than normal background levels. Sample #17 also had a higher than normal background level because it was taken inside a wood burning stove for comparative purposes. Generally, interior partition walls were affected, while exterior walls were not affected. Windows, room A/C units, venting and ducting were typically affected. This should also include ceiling light fixtures and any electrical chaseway.

Based on the results of the sampling, all insulation should be removed from the interior walls and all framing, exposed roof deck sheathing, ducting, and top surface of exposed upper ceilings should be cleaned by HEPA and back spayed with BIN primer.

Windows should be disassembled, cleaned and reassembled. Costs will likely exceed simply replacing windows. All ceiling lights, A/C units and electrical outlets should be detached, cleaned and reset. To eliminate cross contamination, removal should be done using enclosed critical containments and HEPA units.

Forensic Building Science's opinions and recommendations are made without regard to coverage. The Insurance Carrier determines coverage and any issues related to coverage are the responsibility of the Insured and the Carrier. Discovery is ongoing. Additional testing and inspections may need to be performed and additional and/or supplemental information and opinions may be contained in future reports issued by Forensic Building Science, Inc. This report is the exclusive property of the client noted previously and cannot be relied upon by a third party. Copies of this report are released to third parties only by written permission of the client.


_____           January 5, 2018
Adam Piero, Field Investigator                    Date



_____           January 5, 2018
Thomas Irmiter, President & Owner               Date



_____

[i] Reference

US Department of Health and Human Services. Public Health Service, National Toxicology Program. Report on Carcinogens, Twelfth Edition. 2011. Accessed at http://ntp.niehs.nih.gov/ntp/roc/twelfth/roc12.pdf on June 14, 2011.

MacIsaac, Kevin

6



Figure 01. (AP)



Figure 02. Back elevation. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 7 of 55   PageID #: 2400



Figure 03.  (AP)



Figure 04.  Front elevation. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 8 of 55   PageID #:
2401



Figure 05. Right elevation. (AP)



Figure 06. (AP)



Figure 07.  Front elevation continued. (AP)



Figure 08.  Left elevation. AP)



Figure 09.  Back elevation continued. (AP)



Figure 10.  Kitchen overview. (AP)



Figure 11. (AP)



Figure 12. (AP)



Figure 13. Laundry room. (AP)



Figure 14. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 13 of 55   PageID #:
2406



Figure 15. (AP)



Figure 16. (AP)



Figure 17. (AP)



Figure 18. (AP)



Figure 19. (AP)



Figure 20. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 16 of 55   PageID #: 2409
MACISAAP 000164



Figure 21.  (AP)



Figure 22.  (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 17 of 55   PageID #:
2410                                                                              MACISAAC 000165



Figure 23. Living room overview. (AP)



Figure 24. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 18 of 55   PageID #: 2411   MACISAAP 000165



Figure 25. (AP)



Figure 26. (AP)

Case 3:19-cv-00118-CEA-DCP  Document 45-7  Filed 06/25/20  Page 19 of 55  PageID #: 2412  MACISAAP 000167



Figure 27.  (AP)



Figure 28.  Looking down. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 20 of 55   PageID #: 2413
MACISAAC 000163



Figure 29. Looking up. (AP)



Figure 30. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 21 of 55   PageID #:
2414                                                                    MACISAAC 000169



Figure 31. (AP)



Figure 32. (AP)



Figure 33. (AP)



Figure 34. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 23 of 55   PageID #: MACISAAP 000017
2416



Figure 35. (AP)



Figure 36. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 24 of 55   PageID #: 2417



Figure 37. (AP)



Figure 38. (AP)



Figure 39. (AP)



Figure 40. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 26 of 55   PageID #: 2419



Figure 41. Bedroom overview. (AP)



Figure 42. (AP)



Figure 43.  (AP)



Figure 44.  (AP)



Figure 45. (AP)



Figure 46. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 29 of 55   PageID #: 2422   MACISAAP 000177



Figure 47. (AP)



Figure 48. (AP)

Reviewed: by tji                                              Page **24** of **49**
Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 30 of 55   PageID #: MACISAAC 000173
2423



Figure 49. (AP)



Figure 50. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 31 of 55   PageID #: 2424



Figure 51. (AP)



Figure 52. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 32 of 55   PageID #: 2425



Figure 53. (AP)



Figure 54. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 33 of 55   PageID #: 2426   MACISAAC 000181



Figure 55. (AP)



Figure 56. (AP)



Figure 57. (AP)



Figure 58. (AP)

*Forensic Building Science, Inc.*
*Photo Log – November 29, 2017*
**PROJECT ADDRESS:** 1930 Backhome Ln, Sevierville, TN 37876



Figure 59.  (AP)



Figure 60.  (AP)



Figure 61. (AP)



Figure 62. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 37 of 55   PageID #:
2430
MACISAAC 000185



Figure 63. (AP)



Figure 64. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 38 of 55   PageID #: 2431   MACISAAC 000186



Figure 65.  (AP)



Figure 66.  Upstairs bedroom overview. (AP)



Figure 67. (AP)



Figure 68. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 40 of 55   PageID #: 2433
MACISAAP 000183



Figure 69.  (AP)



Figure 70.  (AP)



Figure 71.  (AP)



Figure 72.  Basement overview. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 42 of 55   PageID #: 2435



Figure 73. (AP)



Figure 74. (AP)



Figure 75. (AP)



Figure 76. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 44 of 55   PageID #: 2437   MACISAAC 000192



Figure 77. Exterior wall inside. (AP)



Figure 78. Exterior wall outside. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 45 of 55   PageID #: 2438   MACISAAC 000193



Figure 79.  Basement family room overview. (AP)



Figure 80.  (AP)



Figure 81. (AP)



Figure 82. (AP)



Figure 83. (AP)



Figure 84. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 48 of 55   PageID #: 2441



Figure 85. (AP)



Figure 86. (AP)



Figure 87. (AP)



Figure 88. (AP)



Figure 89. (AP)



Figure 90. (AP)



Figure 91. (AP)



Figure 92. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 52 of 55   PageID #: 2445   MACISAAC 000400



Figure 93. (AP)



Figure 94. (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 53 of 55   PageID #: 2446



Figure 95. (AP)



Figure 96. (AP)



Figure 97.  (AP)

Case 3:19-cv-00118-CEA-DCP   Document 45-7   Filed 06/25/20   Page 55 of 55   PageID #: 2448   MACISAAC 000303